AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
### DISTRICT OF NEW HAMPSHIRE

**SEALED DOCUMENT**

UNITED STATES OF AMERICA

v.

Jay Miller

**WARRANT FOR ARREST**

CASE NUMBER: 07 mj 41-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Jay Miller
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Interstate transportation of stolen property

in violation of Title(s) __18__ United States Code, Section(s) __2314__

__James R. Muirhead__          __U S Magistrate Judge__
Name of Issuing Officer          Title of Issuing Officer

__James R Muirhead__          __6/29/07   Concord, N.H.__
Signature of Issuing Officer          Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

RICHMOND, CA

| DATE RECEIVED 06/29/07 | NAME AND TITLE OF ARRESTING OFFICER **WARRANT EXECUTED** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |